```
       D37VFERT                    Verdict

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              10 Cr. 863 (AKH)

 5   JOE FERNANDEZ,

 6              Defendant.                      JURY TRIAL

 7   ------------------------------x

 8                                              New York, N.Y.
                                                March 7, 2013
 9                                              11:36 a.m.

10
     Before:
11
                   HON. ALVIN K. HELLERSTEIN,
12
                                                District Judge
13

14                         APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     TODD BLANCHE
17   RUSSELL CAPONE
     JOHN P. CRONAN
18        Assistant United States Attorneys

19   MURRAY RICHMAN
     BRIAN PAKETT
20        Attorneys for Defendant

21

22   ALSO PRESENT:   SHAWN MacDONALD, DEA
                     VANESSA QUINONES, Paralegal
23                   DON TAYLOR, Paralegal

24

25
```

1              (Trial resumed)

2              (In open court; jury not present)

3              (At 11:20 a.m., a note was received from the jury)

4              THE COURT:  The note, Exhibit 13, that I received this

5     morning at 11:20 a.m. is that the jury has reached a verdict.

6              So we'll bring in the jury.

7              Brigitte, I should read to the jury the notes that we

8     sent in that came to us.  So let me have those also.

9              (Jury present)

10             THE COURT:  I have your note, which we marked as

11    Exhibit 13, that the jury has reached a verdict dated today,

12    March 7, 11:20 a.m., signed Loreinnie Corchado, foreman.

13             I have to go over the last two notes which I have not

14    read into the record in your presence, so I'm going to do that

15    now.

16             First, Court Exhibit 11:  "We would like copies of

17    full testimony from one Alberto Reyes, also known as Zac.

18    Second, Yubel Mendez-Mendez.  Thanks so much.  Loreinnie

19    Corchado, 3/6/13, 2:10 p.m."

20             And we have sent in those transcripts; correct,

21    Ms. Corchado?

22             FOREPERSON:  Yes.

23             THE COURT:  And the next note:  "Would we be able to

24    get a copy of the photo with the two victims laying on the

25    ground.  This photo has view of the elevator and the staircase.

D37VFERT                Verdict

1  Also, we'll be able to stay today until 4:30 p.m.  Thanks so
2  much.  Loreinnie Corchado, March 6, 2013, 3:15 p.m."
3           What was the exhibit number, Mr. Blanche, that was
4  sent in?
5           MR. BLANCHE:  25, your Honor.
6           THE COURT:  Exhibit 25.
7           And you received that, Ms. Corchado?
8           FOREPERSON:  Yes.
9           THE COURT:  And you did stay and deliberate till 4:30
10 p.m., which brings us to the note itself.  And if you would be
11 so kind as to deliver the verdict to Ms. Jones.
12          Before I open it, would you poll the jury to see if
13 everyone is here.
14          THE DEPUTY CLERK:  Okay.
15          (Jury roll called; all present)
16          THE COURT:  Jury is all here.
17          I'll put it back into the envelope and give it to
18 Ms. Jones, to return to Ms. Corchado.
19          THE DEPUTY CLERK:  Will the foreperson please rise.
20          How do you find Joe Fernandez with respect to Count
21 One, conspiracy to commit murder-for-hire?
22          FOREPERSON:  Guilty.
23          THE DEPUTY CLERK:  Did the conspiracy to commit murder
24 for hire result in the death of either or both Ildefonso
25 Vivero-Flores or Arturo Cuellar?

1           FOREPERSON:  Yes.

2           THE DEPUTY CLERK:  How do you find Joe Fernandez with

3    respect to Count Two, murder through use of a firearm?

4           FOREPERSON:  Guilty.

5           THE COURT:  Ms. Jones will show the verdict to counsel

6    please.

7           Members of the jury, you've done a job that, as I said

8    earlier, is required of citizens of the United States who are

9    not lawyers, who are not members of this Court, although can

10   be, who are not judges, who participate as much as they do in

11   the administration of justice.

12          You deliberated; you've gone over the evidence very

13   carefully after first paying attention to all the evidence;

14   you've reached a unanimous verdict.  And for this, the system

15   is better, the entire administration of justice is better, and

16   I hope you feel better in having done your job.  It's not what

17   you decide that is important in this context, it's that you do

18   decide it, that you make the decision after very careful review

19   of the evidence, after listening to the witnesses, and

20   reviewing the evidence, and listening to the lawyers and the

21   arguments, and the instructions, and deliberating.

22          And it's evident from the way you asked for

23   instructions to be given to you again, and from your careful

24   review of the evidence that you found most relevant and most

25   touching to the case, that you did your job very carefully.

D37VFERT                     Verdict

1           I thank you.
2           I hope you have received as much of a fulfillment of
3  the job as a citizen as I feel in your presence.
4           Thank you very much.
5           You're discharged.
6           Yes, Mr. Richman.
7           MR. RICHMAN:  Your Honor, may we poll the jury?
8           THE COURT:  Yes, thank you.  We'll do that.
9           Polling of the jury means -- let me tell you this.
10 The verdict, although unanimous, in addition to it being
11 unanimous, has to reflect the decision of each and every one of
12 you.  Polling the jury tests that.
13          So Ms. Jones will call each of your names.
14          THE DEPUTY CLERK:  How did you find Joe Fernandez with
15 respect to Count One, conspiracy to murder for hire?
16          (Jury polled; each juror answered in the affirmative)
17          THE DEPUTY CLERK:  Did the conspiracy to commit murder
18 for hire result in the death of either or both Ildefonso
19 Vivero-Flores or Arturo Cuellar?
20          (Jury polled; each juror answered in the affirmative)
21          THE DEPUTY CLERK:  How do you find Joe Fernandez with
22 respect to Count Two, murder through use of a firearm?
23          Guilty.
24          (Jury polled; each juror answered in the affirmative)
25          THE COURT:  Jury has been polled.

1           Is there anything else I need to do before I discharge
2   the jury?
3           MR. BLANCHE:  Not from the government, your Honor.
4           MR. RICHMAN:  Not from the defense, your Honor.
5           THE COURT:  I now discharge you, with great thanks.
6           Miss Jones will take you into the back room, take your
7   books from each of you, and we will destroy the notes.
8           (Jury discharged)
9           THE COURT:  Under Rules 29 and 33, the defendant has
10  14 days within which to make motions, renewing earlier motions,
11  asking for a new trial, and asking for a judgment
12  notwithstanding the verdict.
13          Mr. Richman, my suggestion is that you file, if you
14  wish to file, a mere motion paper without support on or before
15  the 14th day, and have until, say, 30 days or whatever time you
16  think is appropriate and is satisfactory to the government to
17  support the motion with whatever supporting papers you think
18  appropriate, and the government will have time to respond.
19          MR. RICHMAN:  Thank you, your Honor.  I will.
20          THE COURT:  How much time should I give you?
21          MR. RICHMAN:  In view of the fact that we have 14
22  days, plus theoretically the 30 days, I suggest about 43 days,
23  so we don't go come --
24          THE COURT:  I'm going to give you a date certain.
25          MR. RICHMAN:  43 days.

```
     D37VFERT                       Verdict
```

1        THE COURT:  We'll expect a filing from you, just a
2   bare motion, on or before the 14th day from today.  And today
3   is the 7th, so it should be filed on or before the 21st.
4   Maybe -- I can never get the count exactly -- it could be the
5   21st, it could be the 22nd.  Get it the earlier date.
6        MR. RICHMAN:  I will.
7        THE COURT:  Well before that.
8        And then let me give you until -- you have Passover or
9   Easter.
10       MR. RICHMAN:  I'm aware of that.
11       THE COURT:  Why don't I give you till April 26th.
12       MR. RICHMAN:  Yes.
13       THE COURT:  Is that enough time, Mr. Richman?
14       MR. RICHMAN:  It is.
15       THE COURT:  All right.
16       So April 26.  May 24 for the government to oppose.
17       MR. BLANCHE:  Yes, your Honor.
18       THE COURT:  June 7th for reply.
19       Is that good?
20       All right.  Anything else before we close this part of
21  the case?
22       I have to give you a sentencing date.
23       Do you have one, Alex?
24       July 26, 11 o'clock.
25       Mr. Richman.

```
D37VFERT                    Verdict
```

1                MR. BLANCHE:  That's fine with the government.

2                MR. RICHMAN:  It's good with me, your Honor.

3                THE COURT:  All right.

4                The probation officer should know that the

5     defendant -- well, let me withdraw that.

6                Mr. Richman should be given a notice of any interview

7     proposed of the defendant with an opportunity to be present.

8     And if the defendant decides to take the Fifth Amendment with

9     regard to that interview, Mr. Richman, you should advise the

10    probation officer.

11               MR. RICHMAN:  I will be with him during the interview,

12    your Honor.

13               THE COURT:  Sorry?

14               MR. RICHMAN:  I will be with him during the interview.

15               THE COURT:  All right.  Fine.  That takes care of it.

16               MR. RICHMAN:  July 26 at 10 o'clock, your Honor?

17               THE COURT:  Eleven o'clock.

18               Is there anything else, Mr. Blanche?

19               MR. BLANCHE:  No, your Honor.

20               THE COURT:  Mr. Richman?

21               MR. RICHMAN:  No, your Honor.

22               THE COURT:  The difficulty with trial is that it ends

23    with a decision.  The benefit of a trial is that it ends with a

24    decision.  So what is the benefit to the system, is a painful

25    experience to at least one of the litigants, in this case is

SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300

1   the defendant.
2           I'm not going to say anything, Mr. Fernandez, to deal
3   with the situation, because I can't say at this time anything
4   that really would be commensurate with the experience.  But in
5   the sense of being a participant in all that happened and
6   witnessing an extraordinarily capable performance by your
7   counsel, there has to be some measure of respect for what has
8   occurred.  And I hope that is the case, and that it results for
9   the good of everyone.
10          We are recessed.
11          Thank you very much.
12          (Trial concluded)