UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA              :        NOTICE OF MOTION

                                      :        (S5) 10 Cr. 863 (AKH)

        -against-                     :

                                      :

JOE FERNANDEZ, et al.,                :

                Defendants.           :

-----------------------------------------------------------------x


        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law with

attached exhibits in support thereof, defendant Joe Fernandez ("defendant") will move this Court

on October 7, 2014, at 11:00 a.m., for an Order, pursuant to Rule 33(b) of the Federal Rules of

Criminal Procedure, granting the defendant a new trial based upon newly discovered evidence

and for interim relief as set forth in the accompanying Memorandum of Law and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
        October 3, 2014


                                        s/ Robert W. Ray
                                        _____

                                        Robert W. Ray
                                        *Attorney for Defendant Joe Fernandez*
                                        Fox Rothschild LLP
                                        100 Park Avenue, 15th Floor
                                        New York, New York 10017
                                        Tel. No.: (212) 878-7993
                                        rwray@foxrothschild.com (e-mail)

To:    Honorable Alvin K. Hellerstein
       United States District Judge
       (By ECF)

       AUSA Todd Blanche
       (By E-Mail)

       Joe Fernandez (91773-054)
       (By Mail to MCC)