UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOE FERNANDEZ,

                              Petitioner

   -against-

UNITED STATES OF AMERICA,

                             Respondent.
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

   -against-

JOE FERNANDEZ,

                             Defendant.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 5539 (AKH)
10 Cr. 863 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     On November 30, 2021 Defendant Joe Fernandez filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 248. The Government shall file any opposition papers to Defendant Fernandez' motion for compassionate release by January 12, 2022. Any reply by defendant is due by January 26, 2022.

     SO ORDERED.

Dated:   December 3, 2021                            /s/ Alvin K. Hellerstein
            New York, New York                   ALVIN K. HELLERSTEIN
                                                            United States District Judge