UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOE FERNANDEZ,                                         :
                                    Petitioner          :        **ORDER REGULATING**
                                                        :        **PROCEEDINGS**
          -against-                                     :
                                                        :        20 Civ. 5539 (AKH)
                                                        :        10 Cr. 863 (AKH)
UNITED STATES OF AMERICA,                               :
                                                        :
                                    Respondent.         :
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                               :
                                                        :
                                                        :
          -against-                                     :
                                                        :
                                                        :
JOE FERNANDEZ,                                          :
                                                        :
                                    Defendant.          :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

          On November 30, 2021 Defendant Joe Fernandez filed a motion for

compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 248.   I hereby

appoint Bejamin Gruenstein, a member of the CJA habeas panel, as counsel for Defendant.

          My previous order regulating proceedings (ECF No. 249 is hereby vacated).

Defendant's appointed counsel will have until January 6, 2022 should he wish to supplement the

Defendant's motion.  The Government shall file any opposition papers by January 26, 2022.

Any reply by Defendant is due by February 7, 2022.

          SO ORDERED.


Dated:        December 6, 2021                          __/s/ Alvin K. Hellerstein_____
              New York, New York                        ALVIN K. HELLERSTEIN
                                                        United States District Judge

1