UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | No. 10 Cr. 863-5 (AKH) |
| JOE FERNANDEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

**DECLARATION OF BENJAMIN GRUENSTEIN IN SUPPORT OF SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE**

I, BENJAMIN GRUENSTEIN, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the law firm Cravath, Swaine & Moore LLP, which represents the defendant Joe Fernandez in this action. I respectfully submit this declaration in support of Mr. Fernandez's supplemental motion for compassionate release.

2. Attached hereto as Exhibit A is a true and correct copy of 18 certificates reflecting Joe Fernandez's completion of educational courses within the Bureau of Prisons.

3. Attached hereto as Exhibit B is a true and correct copy of Joe Fernandez's disciplinary record while in the custody of the Bureau of Prisons.

4. Attached hereto as Exhibit C is a true and correct copy of 17 letters of support submitted by family and friends of Joe Fernandez for the Court's consideration.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2022.

/s/ Benjamin Gruenstein  
Benjamin Gruenstein