# EXHIBIT A

# CERTIFICATE OF TRAINING

This certificate is awarded to

## JOE FERNANDEZ

in recognition of successful completion of

**10-HOUR OCCUPATIONAL SAFETY AND HEALTH TRAINING COURSE IN GENERAL INDUSTRY SAFETY AND HEALTH**

May 06, 2016

"As an OSHA Outreach Trainer, I verify that I have conducted this OSHA Outreach training class in accordance with OSHA Outreach Training Program requirements. i will document this class to my OSHA Authorizing Training Organization. Upon successful review of my documentation, I will provide each student their completion card within 90 days of the end of class."



Milton Washington, Environmental & Safety Compliance Administrator

# Certificate of Completion

This certifies that:

## Joe Fernandez (91773-054)

Completed the
Drug Education Course at the
**United States Penitentiary, Canaan, PA**



---
T. Cowen, Drug Abuse Treatment Specialist      June 09, 2015

# USP CANAAN

THIS CERTIFIES THAT

# J. Fernandez

has successfully completed the Release Preparation Program course

# PARENTING II

March 2016

R. Leslie, RPP Coordinator



**National Fatherhood Initiative®**
www.fatherhood.org



# Certificate of Completion

This certifies that

**Joe Fernandez**

has successfully completed the



**Inside Out DAD® Second Edition**

Program

*Carlos Alcazar*
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

*Christopher A. Brown*
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®

Conducted on _____ Wednesdays from 8 AM to 10 AM

in _____ Education Department at USP Canaan

_____ Ms. Leslie
Facilitator's Name/Signature

# U.S.P. Canaan

*This is to certify that*

## J. Fernandez

## HAS SUCCESSFULLY COMPLETED

## THE HORTICULTURE VT CLASS

### This 9th day of June 2017




*J. FLUCK, Program Supervisor*

# Certificate of Accomplishment

This certificate is awarded to

## J. FERNANDEZ

for completing the Adult Continuing Education Class

## ULTIMATE NATURE

August, 2017

*M. Durk—*

M. Durkin, Teacher / ACE Coordinator
USP Canaan

# U.S.P. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## FERNANDEZ
## 91773-054

*SPINN CLASS*

**SEPTEMBER 2017**

**RECREATION DEPARTMENT**

# Certificate of Accomplishment

This certificate is awarded to

# J. FERNANDEZ

for completing the Release Preparation Program Class

# MONEY SMART

July, 2018

*M. Durkin*

M. Durkin, Teacher

USP Canaan

# Certificate of Accomplishment

This certificate is awarded to

# J. FERNANADEZ

for completing the Adult Continuing Education Class

# PLUMBING

July, 2018

*M. Durkin*

M. Durkin, Teacher / ACE Coordinator
USP Canaan

# Certificate of Accomplishment

This certificate is awarded to

# J. FERNANDEZ

for completing the Release Preparation Program Class

## Parenting I

July, 2018

*T. Kalix*

T. Kalix, Supervisor of Education

USP Canaan

# U.S.P. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## FERNANDEZ
## 91773-054

**SPINNING CLASS**

MAY 2018

RECREATION DEPARTMENT

# Certificate of Accomplishment

This certificate is awarded to

# J. FERNANDEZ

for completing the Adult Continuing Education Class

# EFFECTIVE COMMUNICATION

November, 2017

*M. Durkin*

M. Durkin, Teacher / ACE Coordinator
USP Canaan

# Certificate of Accomplishment

This certificate is awarded to

## J. FERNANDEZ

for completing the Adult Continuing Education Class

## CONCRETE

July, 2018

*M. Durk[signature]*

M. Durkin, Teacher / ACE Coordinator
USP Canaan

# Certificate of Accomplishment

This certificate is awarded to

## J. FERNANDEZ

for completing the Adult Continuing Education Class

## US HISTORY I

November, 2017

*M. Durk*

M. Durkin, Teacher / ACE Coordinator
USP Canaan



# USP CANAAN

THIS CERTIFIES THAT

## *J. FERNANDEZ*

has successfully completed the ACE course

## BUSINESS LAW

November 2016

G. Waters, Education Specialist

# USP CANAAN

THIS CERTIFIES THAT

## J. Fernandez

has successfully completed the

## Parenting Seminar

June 24, 2015

_R. L._____
R. Leslie, Teacher

# CERTIFICATE OF ACCOMPLISHMENT

This certificate is awarded to

# J. Fernandez

for successfully completing the Reentry Preparation Course

## Parenting 1

November 2015



R. Leslie, Teacher
USP Canaan



# U.S.P. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## FERNANDEZ
## # 91773-054

**LEATHER CRAFT CLASS**

November 24, 2015



P. Prislupsky, Program Supervisor