# EXHIBIT B

```
    NERBD            *         INMATE DISCIPLINE DATA          *       01-10-2022
 PAGE 001            *      CHRONOLOGICAL DISCIPLINARY RECORD   *       14:17:46

 REGISTER NO: 91773-054 NAME..: FERNANDEZ, JOE
 FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2022

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3195012 - SANCTIONED INCIDENT DATE/TIME: 11-23-2018 1030
DHO HEARING DATE/TIME: 12-06-2018 0745           DHO REPT DEL: 12-18-2018 0800
FACL/CHAIRPERSON.....: CAA/ZEVAN,G
REPORT REMARKS.......: FACTS;ADMITS TO POSSESSING STRIP OF PPR THAT LATER TEST
                       + FOR AMPHETAMINES W/NIK KITS A & U.
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DSC
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   PER P.S. 5270.09
        DS         / 30 DAYS / CS
                   FROM: 12-06-2018  THRU: 01-04-2019
        COMP:     LAW:    TO DEMONSTRATE SERIOUSNESS OF ACT.
        LP COMM    / 270 DAYS / CS
                   FROM: 12-06-2018  THRU: 09-01-2019
        COMP:     LAW:    TO DETER.
        LP EMAIL   / 270 DAYS / CS
                   FROM: 12-06-2018  THRU: 09-01-2019
        COMP:     LAW:    TO DETER.
        LP MPLAYER / 270 DAYS / CS
                   FROM: 12-06-2018  THRU: 09-01-2019
        COMP:     LAW:    TO DETER.
        LP PHONE   / 270 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    PENDING CLEAR CONDUCT.
        LP VISIT   / 360 DAYS / CS
                   FROM: 12-06-2018  THRU: 11-30-2019
        COMP:     LAW:    TO DETER.
        LP VISITRS / 360 DAYS / CS
                   FROM: 11-30-2019  THRU: 11-23-2020
        COMP:     LAW:    (NON-CONTACT, IMMEDIATE FAMILY ONLY) UPON
                          INSTATEMENT OF VISITING PRIVILEGES.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2987822 - SANCTIONED INCIDENT DATE/TIME: 04-29-2017 0807
UDC HEARING DATE/TIME: 05-17-2017 0810
FACL/UDC/CHAIRPERSON.: CAA/C1 UNIT/DURKIN
REPORT REMARKS.......: UDC FINDS INMATE GUILTY
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:     LAW:    TO DETER FUTURE BEHAVIOR
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2922030 - SANCTIONED INCIDENT DATE/TIME: 10-22-2016 2004
UDC HEARING DATE/TIME: 11-28-2016 1215
FACL/UDC/CHAIRPERSON.: CAA/C1 UNIT/DURKIN
REPORT REMARKS.......: UDC FINDS INMATE GUILTY




 G0002        MORE PAGES TO FOLLOW . . .
```

```
   NERBD            *          INMATE DISCIPLINE DATA          *       01-10-2022
PAGE 002 OF 002 *     CHRONOLOGICAL DISCIPLINARY RECORD        *       14:17:46

REGISTER NO: 91773-054 NAME..: FERNANDEZ, JOE
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2022

UDC HEARING DATE/TIME: 11-28-2016 1215 REPORT 2922030 CONTINUED
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:     LAW:    TO DETER FUTURE BEHAVIOR
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2279840 - SANCTIONED INCIDENT DATE/TIME: 03-14-2012 0640
UDC HEARING DATE/TIME: 03-20-2012 1012
FACL/UDC/CHAIRPERSON.: NYM/7/K. BYRD
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED THE PROHIBITED ACT
                       BASED ON STAFF'S STATEMENT.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:     LAW:    45 DAYS LOSS OF COMMISSARY TO DETER FUTURE
                          MISCONDUCT; EFFECTIVE 3-21-12 - 5-4-12.




   G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```