# EXHIBIT C

Abigail Fernandez
201 Genung St. Apt. 610
Middletown NY, 10940

To Judge Hellerstein,

My name is Abigail Fernandez the daughter of Joe and Dalila Fernandez, when my
dad was sentenced to life in prison, I was 12 years old. My father was present in my
life from the day I was born, he would take me and my sisters to the park and
construct obstacle courses, or convince us to play new games he would create, I
truly loved the snow days that were filled with building snow ramps, sledding and
hot chocolate, my father truly felt like my best friend. Once I was able to start
preschool, he became a stay-at-home dad to me and my sisters and worked late
nights while my mom decided to go back to school to become a registered nurse. I
was always able to look up to this type of love, the type of love where my mother
was able to rely and count on my dad to support and motivate her while she was
bettering herself for the sake of our family. I have a very brief knowledge of why my
father went to jail. But I never wanted or felt the need to dig deeper into his case
because regardless, it never changed how I felt for my father. At the time my
impression of jail was: that is where people go when they commit a crime or do
something bad, I knew people were going to have this opinion and interpretation of
my dad thinking he is bad, but that is simply not true. My dad is hardworking,
creative, loyal, and my protector he was always there when I needed absolutely
anything whether it was to sign a bad report card or to fix the popped tire on my
bike. I knew no matter what the circumstances were I could always turn to my dad.
When my father was incarcerated, it was painful for me and my siblings, we couldn't
afford living in our house so we had to move in with my grandmother which also
meant we had to transfer schools. I remember keeping this secret of my father being
in jail with me for so long because I did not want the presumption judgments or the
questions of why? I remember my mother attempting to explain the situation to me
and my sister because there was an upcoming visit and all I cared about was being
able to see my dad. Once I was old enough to join a sport, I joined the schools
cheerleading team and I was able to use this as my escape of the realities that I had
to manage at home. It has been 10 years of phone calls, emails, visitation,
lockdowns, and not to mention the shift in conditions change when COVID-19 was
exposed to the world. When I first heard that my father's unit was exposed to Covid
I remember being very worried, considering the conditions in prison to begin with
as well as watching the news as death numbers rise, I was terrified when it was
confirmed he did have covid. Fortunately, he fought the sickness however, the
visitation restrictions were uncomforting. There have been periods of times that
months would pass and we were not able to visit my dad before and after the
exposure of covid. Regardless of the distance or the obstacles we faced, any chance

my dad gets he uses to check in and reaches out to me and my siblings, as we do the same, over the years there has been a numerous amount of drawings, letters, cards, photos, etc. exchanged to keep my dad in the loop of our lives. I am now 22 years old attending Mercy College while juggling a full-time nanny job, and it is sad to say my dad missed most of my childhood accomplishments because everything I do; I do to make him proud. My dad never got to watch me perform as a cheerleader, he was not able to see me awarded trophies or scholarships, he was not able to see me walk across the stage for my high school graduation, he was not able to teach me how to drive, he was not able to comfort me through my first breakup, he was not able to help me move into my first apartment. My dad was not able to attend these important moments of my life because the justice system painted a picture of him and deemed him to life in prison as punishment. However, I feel this is an injustice and I will never give up hope on my father's return home. 333!

Contact Information:

Phone:(845)248-2154

Email: Fernandez.abigail55@outlook.com

*Abigail Fernandez*

December 23rd, 2021

Amanda Caraballo
154 Fayette Avenue, Wayne NJ, 07470

To whom it may concern,

My name is Amanda Caraballo. I am Joe Fernandez's niece. My Uncle Joey has always been known for having the biggest heart. He lights up every room he walks into and never fails to put a smile on my face. Before he was sent, one of my favorite memories that I'll never forget with him is, he would always tickle me all the time to the point where I would burst with tears laughing. I miss laughing with him and I miss being around him because every time I was around him, I was happy. My Uncle and I share close birthdays so growing up, we celebrated every single one together. He was always the life of the party and is loved by so many in my family. When my family and I moved into our new house, he helped paint some of our walls and even installed some new floors for us. He would always show up to be there for those that he loves and cares for truly. He has been nothing but the best Uncle to me and I think about him every day.

I was in 5th grade when I found out he was being sent to jail. I was really young so it was hard for me to take in what was going on and even harder for my mom to tell my sister and I. Now, being 19 and a college student, I continue to struggle wrapping my head around it. My Uncle Joey has not one bad bone in him. I find myself in shock every day how he's there when I know he does not deserve to be. He is the most strongest, selfless, loving human being I know and should have never been taken away from his family and his kids. The bond I have with him is one I hold closely to my heart. His incarceration affected my family drastically. Birthday's and especially holidays have not been the same without him. We haven't been able to celebrate our birthdays together, he missed my sister's and I graduation, and many other major accomplishments that happened throughout my family. Knowing that he was sent for life makes it even harder because I don't wanna live with the fact that I won't get the chance to see him again. Despite having to struggle through all of that, my family and I continue to fight for him every day.

With the chances that I got to visit him, I will never forget his big smile when walking in to see us. Fortunately I was able to grasp him with a big hug and I remember telling myself I wish I could stay in his arms forever. I could tell how he stood up tall and strong for us, regardless of the struggles. Whenever he got the chance to see us, he continued to be more in awe of how much my sisters and I have grown. I remember thinking, it should not be this way, he deserves to be at home with us.

When COVID-19 hit, it made me even more worried about my Uncle. Considering the setting he's in, my mind was going everywhere. When I then found out he was exposed to the virus, I couldn't do anything but just hope and pray that he fights through it. I think the last thing anyone would want is to lose a loved one from the virus. But thank God, knowing my strong Uncle, he was able to survive through it.

December 23rd, 2021

   Being one of his nieces, I'm lucky I get to have an Uncle like Joey.  He is filled with so much love and passion and deserves to come back home, where he belongs. He has a lot of people who care for him and love him deeply, including me. There is nothing we would want more for my Uncle Joey to receive the justice he deserves.

Thank you,
Amanda Caraballo

Contact Information:
Email: mandyyc221@gmail.com
Phone: 973-885-0612

*12/22/21*

*Ashley Caraballo*

*154 Fayette Avenue, Wayne NJ, 07470*

**For whom it concern,**

Have you ever wondered what it felt like to have a piece of your heart go missing? This was the feeling I felt the day my Uncle Joey Fernandez was sentenced. That day, I watched a piece of my heart walk away, and was left to carry the hope and strength from God, to be able to see him again. But I don't want to write this letter about this tragic day, I'm here to share with you all the goodness and love that my Uncle is. The reason why he has such a huge and special piece of my heart. My Uncle has created a huge impact and some of the best memories I had as a child. For Christmas he would dress up as Santa Claus and it would always put a bright smile on my face. Even though I knew it was my Uncle underneath that very thick and huge Santa costume, I was still overjoyed as he walked in and surprised us with a big bag of presents. It was like my childhood imaginations coming to life right in front of my eyes. Knowing my Uncle Joey was under there, it made hugging Santa a lot more special, because I know my Uncle gives the best hugs. Our birthdays were very close so we celebrated them together all the time. There's pictures of him standing in between my twin sister and I with cake frosting all over our face that he would put after we sing happy birthday. To celebrate birthdays without him, there was a piece of the puzzle that was missing. It just simply hasn't been the same. I would do anything to go back to the days where he was by my side, teaching me how to ride a bike for the first time, and when I finally got it, he was so proud of us. He was our biggest motivator. In high school, I did competitive cheer which became a huge passion of mine and something I enjoyed doing all my 4 years. My family would come watch me compete, but the one person that wouldn't be there to see me pursuing my passion and motivate me, was my Uncle. I just know that if he was able to be out there on the stands, he would be cheering and screaming my name out alongside my family. I'm 19 now and in college, and a big part of me always wishes my Uncle was able to experience my journey transforming to an adult. Even during my happiest moments, it was the smile on

*12/22/21*

his face that stood in the back of mind as I imagined how he would be proud and happy to celebrate these moments with me. When we were finally able to do visits with my Uncle, to be able to hug him after years of not seeing him made my heart so warm. But when it came to the end of the visit, I watched the piece of heart walk away again to a place that he doesn't belong. Before we said not a goodbye, but see you later, he would always throw a kiss or make a silly face, and that would be the memory stuck in my head until I was finally able to see him again. But it only got harder and harder. COVID-19 hit and worries heightened. During this time, families are supposed to be together, in lockdown to stay safe and protected. But my Uncle being isolated from us made it so much harder. Just thinking and praying about his health and safety every day, wishing he was here with his family. His pieces of his heart. He deserves that. Seeing my Uncle when I was able to, he always carries so much light and strength, cause that is the kind of person he is. And that strength and light was passed onto me during these hard times. He is what keeps me strong, he is what keeps me going everyday, and he is the reason I have so much faith and hope built in me, even after all the years. He deserves to shine his light to the world and to hug his family again. I hope that soon, I get to see and squeeze that missing piece of my heart that belongs to my Uncle. I look back at these memories with a smile on my face because of how much warmth and happiness those little moments as a child impact me now as an adult. To go back to relive the moment he walked in as Santa Claus, or to be standing behind a birthday cake with him and my sister as everyone sings, even just to relieve every moment I ever hugged him, would mean all the world to me. However, I keep these moments close to my heart and pray that new moments and memories with my Uncle will come, and the pieces of my heart and my family will be complete.

*Thank you,*

*Ashley Caraballo*

*Contact Information:*

Email: ashleyyc521@gmail.com

Phone: 973-592-5356

Bianca Fernandez

41 Kennedy Dr, Monroe, NY

Dear Judge Hellerstein,

My name is Bianca Fernandez I am 19 years old; my dad was taken out of my life in 2011, I was 9. My dad watched cartoons with me, he would sit with me at my princess table while we tested his newest snack ideas, he would get me ready for school and do my hair; I grew up knowing my dad, I knew who he was, his likes his dislikes, what made him laugh, what made him smile and everyone whom he cared for.

Then in 2011, my father stopped coming home; there was no explanation, no warning, no signs, and then no hope. My world was completely shattered as if someone stole and broke the rose-colored lenses that I once saw the world through; I was so lost and alone. Me, my mom, brother, and sisters all shared the same sadness and fear from my dad's abrupt and unjustified incarceration. We struggled constantly, in more ways than one; life was no longer enjoyable, nothing was easy anymore. For 10 years since that day, every day I would sit at my school desk fantasizing that my dad would walk through the doors and surprise me; every day I was disappointed. Every holiday, birthday, graduation this fantasy arose again, and year after year I was forced to pray and hope next year would be the year my father would be home. My dad missed 10 of my birthdays, 3 of my graduations, and the 1,000 times that I have cried for him.

My father's incarceration affected so many, but it made me and my siblings the children whose dad was in jail, the children who were forced to grow up quickly and without a father to come home to, without a father to ask for help and without a father to protect us. I am 19 years old now and all this still stands true. In 2020 I graduated from high school at the peak of COVID. I missed my prom, all my senior events, the last 4 months of school, and my graduation, and yes this did devastate me but what destroyed me mentally was having to finally accept that my father has officially missed my entire childhood. The chance of having my father raise me is now gone, but yet the fantasies are still there. My new fantasy is to be able to see my brother have what me and my sisters did

not, to meet my father once again, and re-introduce him to the daughter he once played and laughed with. Please help me make my fantasies a reality.

Contact Info

(845)500-9220

Bfernandez908@gmail.com

*Bianca Fernandez*

Hon. J.  A.K. Hellerstein,

    The reason I'm writing is to tell you the impact Mr. Fernandez an I have had on each other's lives. I met Mr. Fernandez in the last 9 months of my incarceration. During my incarceration I became a writ writer . On several occasions, prior to introduction I witnessed through my program participation , the positive effect that Fernandez has on the people around him . As a group leader he made others feel uncomfortable about their criminal behavior and thinking which was the goal of the group. To prevent recidivism. Here you have a man serving two consecutive life terms, preparing guys like me for a place that he hopes to see freedom!

One day Fernandez came and told me his version of how he came to be incarcerated. He said that he was innocent, and that he was never giving up hope of seeing his family in the free world again. Your Honor if I may ? Before I ever assisted the first inmate I asked GOD for discernment of who to help . For I would never want to be held accountable for assisting the release of an ill intended prisoner. Fernandez looked me straight in the eyes and I believed him since day one . The reason he's a model inmate is not because he has conformed to prison life, for prison life's harsh reality is violence. And Fernandez is not. Basically he doesn't "fit" ! His respect is given and favorably reciprocated from others , staff as well as inmates. His institution job assignment attests that he exemplifies model behavior . His long standing tenure as Captain's Orderly demands that he incurs no disciplinary infractions. This is because of his close proximity with both in-house and outside staff . Therefore, staff feel very reluctant that Fernandez will behave inappropriately, this displays a high level of trust on a constant bases by staff. Whether by law or through compassion I pray that the Court's mercy be bestowed on Fernandez.

                        /s/  Christian Pearson
                        2618 chesterfield ct .
                        Cincinnati, OH 45239
                        Phone # 513-780-1973

Christina Quinones

225 Phillipsburg Road

Goshen, NY 10924

Dear Judge Hellerstein,

I am writing this letter for your consideration in the compassionate release review of Joe Fernandez. My name is Christina Quinones, I am an emergency department registered nurse, and sister-in-law to Joe Fernandez. I met Joe at the age of 11 years old, and he was very instrumental in my upbringing. For about one year there was a period when I was in the 7th grade where my parents travelled to Ecuador to work on developing a farm that was inherited by my mother. During this time, I resided with my sister Dalila Perez and Joe. He assumed responsibility of caring for me and treated me like I was his little sister. He protected and cared for me during a period was very difficult as I struggled with being away from my parents. He went above and beyond for me, he made sure that I didn't feel abandoned and alone.

Joe was a Pilar in our family. He had a very special and close bond with my father. My father taught Joe how to work with his hands and how to be a man. Later in life my father became very ill due to complications from lifelong diabetes, which resulted in him being legally blind, wheelchair bound, and requiring hemodialysis due to kidney failure. My father had to go to dialysis three times per week and was unable to drive due to being legally blind. Joe would drive my dad to dialysis, help bathe him, prepare meals, and many other things that my dad needed. Even though Joe had many other responsibilities such as work and caring for his wife and children, he always found a way to help the family care for my father. To Joe family is everything. Unfortunately, Joe was not able to say goodbye to my father when he passed due to being sentenced to life the day before he died. It was extremely heartbreaking to see my dad looking for Joe in his final days.

Joe's incarceration impacted our entire family profoundly. The effect it had on my sister and their children was very difficult to witness. My sister struggled with grief and depression and has never been the same since. It was immensely difficult for their four children. Although it affected them all, I would especially like to mention the impact it had on their youngest child, Joseph Fernandez. I remember the day Joseph was born and the pure happiness that radiated from him the moment joseph was born, Joe finally had his boy. Joe always joked about how he was the only man in the house with only females, his wife, three daughters, and even the family dog was a female. Joe couldn't wait for the day to have a son. Joe was suddenly ripped away from his family, and joseph was only a baby at the time. Joseph has had to grow up without his father present in his life, he has no memories of Joe being home. It breaks my heart when I see Joseph looking at the relationship between my children and their father. He so badly wishes he could have that. I can never forget the day Joseph watched as my son received a kiss on the head from his father and asked for one too. His sadness and how envious he felt was truly heartbreaking to see. A boy needs his father to love and support him, to cheer him on at his basketball games, to teach him how to work with his hands, and how to be a man. While there are other men from the family in his life, no one can replace his father. Joseph is 11 years old and is still very

young, his father's return would greatly impact the rest of his life. I am pleading for you to please consider this compassionate release review, as there is still time for Joseph to experience growing up with a father physically present in his life. Their three older children are now adults and have also suffered immensely with losing their dad at such a young age, but there is still a chance for Joseph. Joe's release would unite a family and fill a gaping hole that his absence has caused.

Joe is a good, loving, and hardworking man. He is missed and needed. Please consider his release, as this would change the lives of so many people.

Sincerely,

Christina Quinones

Cquinones1213@icloud.com

845-545-3359

Dalila Perez
41 Kennedy Drive
Monroe NY 10950

To Judge Hellerstein,

How do I begin to explain the tremendous loss my children and I feel not having Joe Fernandez home. My name is Dalila Perez Fernandez I am 43 years old the wife and mother of Joe's children. We met 25 years ago. I was 18 years old with a 1-year-old baby when he came into my life. I was truly praying and hoping this was real, I can say I met my best friend that day. He is my soul mate, my rock, my lover, and the father to my 4 children, Gabriella 26, Abigail 22, Bianca 19, and Joseph 11 and so much more.

Joe and I met on November 2 1996 in the Bronx. We moved to orange county, NY and were married on August 27 2001. When I think of our relationship, I smile with love. This man would always put me, his children and family first. He worked hard as a security guard, construction worker, and asbestos sampler to provide for his family. He would sacrifice himself to care for me, his children and for a while my little sister as well, while I went to Monroe college to obtain my computer science degree. We started our family at an early age not knowing what life had to offer us. I was afraid of the thought of him not accepting my baby, but he fell in love with my daughter before he fell for me. I prayed I would find a good loving father for my daughter Gaby. God answered my prayers with Joe. He raised her as his own never a thought of her being different he took her in his arms as a dad and never let go. Joe adores his children; Abby is his twin so focused and committed to whatever they put their mind on. Bianca is his princess she got the best of him as his baby girl. After Bianca was born, I had a desire to become a Nurse, but I knew it would be almost impossible to complete my nursing degree without a strong support system. I feel pure love to think my support system was one man JOE. He took the job on as mom and dad for 3 little girls age 3,5,9, while I went to Nursing school. It was a family joke because school trips, parent conferences, after school sports, family events, it was him and 3 little girls people started to believe he was a widow. Nursing school took me away from my family for 3 years and he mastered cooking dinner, doing homework, getting them ready for bed every night before he left for work. Taking care of his daughters while working overnight at BJ's, so I could study, get assignments completed and go to school in the morning after he would get home from work was his life. In May of 2008 I did it! I became a Registered Nurse. I made it because Joe took on the job of mom, dad, and husband.

We were finally feeling accomplished, at this point in my life I wanted to have a son and in 2009 I became pregnant he was super excited but would always say when we go find out the sex of the baby if it's a girl I'm going to walk out and take a breath not that I'm not happy but 4 girls he would laugh I'm in trouble. It was a blessing a gift it's a boy we all yelled in joy and happiness. He was so happy and full of life finally he got his boy, and he was able to pursue his new desire of wanting to start his own car service business. He was a driver for about 2 years

for a limo company in Chester, NY at the time. Life was at its peak for us. We felt blessed to be so happy in love and joy with our beautiful family and now our baby boy Joseph made us complete.

Then it all changed in a moment my life, our life and the life of our children all changed for the worse. He was ripped away from his children and no one knew why. Joe is incarcerated and accused of a crime he did not commit by his own people. The trial was exhausting and devastating to see him proclaimed as a cartel criminal when we know he is not and never was part of that life! He was a father, a husband helping his wife get through nursing school, a son, brother, and friend. How is this happening but I kept hope and faith that the judicial system would work and show the court and people the truth. It didn't prosecutors manipulated the system and case to show what they needed the jury to see to convict one person for a crime he did not commit. He is innocent of this crime and evidence, testimony, and statements were withheld during his trial. I kept hope and faith at the end of trial he would be found not guilty. I was so wrong he was found guilty and sentenced to life.

In March 2013 My hopes, dreams, and faith was all scattered at that moment in time. The day before my husband was sentenced to life my father who adored Joe passed away. He never got to see him again or say goodbye. In less than 24 hours I lost the two most important men in my life. I was devastated, lost for words, all I could do was cry and be angry at the world for taking away my soulmate, my best friend and leaving our kids without their dad. He was a regular guy one moment and the next he is a prisoner in the federal system with a life sentence, how? How does this happen? I was completely lost and profoundly depressed. My children suffered so much during the last 10 years. I had to try my hardest to get back up and provide for my family. During this time my support system was very small and having to put all this weight on Gaby and Abby still hurts till this day, they would have to miss school if my babysitter wasn't able to care for Joseph, cook dinner and care for each other. while I struggle to see my reality of me being the only provider and caregiver for my family, I found myself having to seek medical attention because of crippling anxiety and depression.

Gaby at 16 years old had to become mom overnight, I could not, I couldn't look at my son smile, hold him or even love him the way I should have because Joe was not here to see his baby boy grow. Joseph was 21 months old not even 2y/o. Abby was 12 and confused she did not understand why dad isn't coming home. Bianca, his princess, was 9 when he was taken from her, she is 19 years old now and she still can't smile or feel joy. She struggles everyday with trust, depression, and feeling abandonment. Everything she does has been affected by the imprisonment of her dad. She is angry with life. I am always concerned about her mental health. In 2017, I was confronted with the decision to continue in our family home which I could no longer physically or financially maintain or move. I had to move, not only was my daughter Bianca struggling in school but was also showing suicidal ideation. I could no longer keep myself in denial. We all moved in with my mother and started to rebuild again from the ground up.

Joe's traumatic incarceration took so much from our children. To my amazement they are achieving their career goals an continue to pursue college.

Gaby, Abby and Bibi had every reason to give up and make bad choices, but they did not because they want to make their father proud. I have seen them endure so much pain when their birthday comes around. Cry every Christmas & New year because another year has passed and still no hope of seeing him home Christmas morning. He works so hard at being a dad behind bars. He will find a way to relate to them, hear them talk about their day, and even watch sports (he doesn't like sports) to be able to chat with his son about basketball. He is a dad; I see men who are free and choose not to be a father and this man works hard everyday to find a way to show them he cares. He sends cards, pictures, and artwork to each one for their birthdays and holidays.

He has missed such monumental moments we cannot get back, like the birth of his 1st granddaughter Selena Nina Arriaga, graduations, and birthdays. To Nina he is Grand Papa, and she knows him as a voice in a phone. She can see the joy in her mother when she talks to her Papa. His daughters fear marriage because they want their father to walk them down to the alter. His son Joseph is 11 now turning 12 on January 12, he misses his dad so much and wishes he could cheer him on at his basketball games like the other kids. I hope to one day feel my husband, hug him and have him by my side once again. He has a dedicated support system and lots of love waiting for him. I plead for your compassion and mercy in the review of this case. Allow Joe Fernandez his freedom once again. Please release him to his wife and children who desperately need him.

Sincerely,
Dalila Perez

Contact Information

917-618-4884

Lilaperez137@yahoo.com

December 23rd, 2021

Doris Caraballo
154 Fayette Avenue, Wayne NJ, 07470

To whom it may concern,

My name is Doris Caraballo. I have known Joe Fernandez all his life. I am his older
sister. We have a very close relationship. My brother is a perceptive person and from his
character traits, I can assure you he is a family man. He has always been there for me and our
family. Always willing to lend a hand with everything. From fixing a car, repair around the
house, or watching over his nieces. My brother has the most beautiful soul. He always works
hard to provide for his family. An individual who is caring, dependable, and courteous. I am so
proud of seeing my brother become a great and loving father in which his kids love him dearly.
He has always been very attentive. With everything Joe is facing in his life in the current
moment, he still somehow finds the strength to uplift us with his moral support.

When he was sentenced, our life was affected in so many ways. We lost a son, a brother,
uncle, husband, father and a good friend. It has been so hard in our everyday lives especially on
the holidays, or any special gatherings. I remember on Christmas when our girls were younger,
my brother would dress up as Santa Claus. He did this because he knew it would bring a smile to
our girl's face. It then became a family tradition which we all enjoyed. To this day we still save
his Santa suit, in hopes that we will get to see him wear it again.

Ever since Covid striked, it has been an even more challenging time for my family and I.
He went on lockdown and his visits were prohibited. Not knowing when I was going to get the
chance to just visit him again was very hard on me, as well as our girls. When my brother then
got exposed to the virus, my worries worsened. We're fortunate that he was able to overcome the
virus.

As a mother with three daughters and being the oldest daughter, finding out my brother
Joe was being sentenced to life was heart-breaking to me. At the time I didn't know how to move
forward with this. Now, to this day I have been strong. For my girls, for his kids, our mother, for
myself and most importantly for him. With the relationship I have with my brother I know this
isn't where he belongs. He has never mistreated anyone, he would be the kind of person to give
you their last dollar. He would make sure everyone around him was taken care of and happy. He
was there for my daughters when I couldn't be. When my father-in-law passed, his funeral
happened to be the day of my twin's birthday. I was stressed out because I just wanted my twins

December 23rd, 2021

to have a good birthday but I also had to be there for my husband & my father in law. I remember venting to my brother Joe and immediately he told me he will help me out. He told me he will make sure my twins are going to have a good  birthday.  He ended up throwing their birthday party at his house and assured the twins they would enjoy their day. With that being said, my brother has been there for everyone he loves.  He puts his family over everything and there are so many people who love him and are missing him, praying he comes home soon.

Sincerely,

Doris Caraballo

Contact Information:
Email: dorisc184@aol.com
Phone: 917-673-2168

Gabriella Nazar

3705 Owens St, Apt 5

Wheat Ridge, CO 80033


To Judge Hellerstein:

Any man can be a father, but it takes a special man to be a dad. This was the quote I used in a letter I wrote my dad when I found out he wasn't my biological father and wanted him to know that it didn't change a thing. My name is Gabriella Nazar, and I am the daughter of Joe Fernandez. Even just typing that out is unusual for me due to the fact that this man has raised me since I was one year old and fell in love with me before even falling in love with my mom. It amazes me sometimes that I can show pictures of us and the first thing people say is "you are his twin", this sentence always made me love my dad just a little more because it showed how his love was never different for me. My dad has been in prison for the last 10 years of my life, and this has affected me in more ways than any person can understand. When my father got arrested in 2011 my whole world literally flipped upside down, my mother had given up and me being the oldest of 4 kids I had to step up and become "mom". My mother was mentally destroyed by this and it tore our whole family apart. Not only did we have to move out of our home that my dad contributed all his hard work to but, I had to financially contribute and work to help support my family. My parents had me who was 16 at the time, my sister Abby who was 12, my youngest sister Bianca who was 9, and my brother Joseph who was 1. My dad missed my brother growing up entirely, which all he wanted before all this occurred was to have a son to teach and create a special bond with. Having a father that was incarcerated was painful and miserable for us, my siblings didn't get to have the "normal" life. Some of us were bullied when the news got out, some were left behind by "friends" and it was like we were perceived as a family of a convict. My siblings became my world and life at this point, no matter what I always made sure they were fed, bathed, home and safe, they became my only hope in life and kept me sane through all the madness. My family had been split apart right around my 16th birthday and caused me to miss a crucial moment in my life with my dad. The year hit 2013 and I then realized I was about to graduate high school and yet there was another milestone in my life that he is missing and that's when everything changed for me. I became depressed and anxious all the time, anything was a trigger for me. He missed my high school graduation, he missed my college graduation, my first big move away from my family, my engagement, my pregnancy, as well as the birth and upbringing of his 1st granddaughter. One thing I have kept hope for is that my father will be able to walk me down the aisle one day, I have pushed aside the thought of even planning my wedding because it is just something I couldn't imagine my dad missing. I dream about him being a part of my special day often and I will hold onto the thought of him being there forever. My daughter is 1.5 years old and only knows my dad, her grandfather through a speaker of a phone and a picture that I show her consistently that barely resembles my dad anymore. This incarceration destroyed our lives but as the years passed we started to adjust to tragic events in our lives, and once life started to feel a slight pinch normal, COVID hit. This changed everything. Our dad was not seen or heard from for months at a time, today December 20th, 2021 it will be 2 almost 3 years since I have seen my dad. Due to the pandemic, I do not live in the vicinity of his prison and it is extremely hard to ever see my dad on the fixed schedules they have due to COVID, as well as the restrictions that are in place. These things as well as many others make living life this way impossible, my mother and my family need to have my dad home with us to even start to ever feel like "normal" could be a factor for us in these scary times. I am 26 years old, living in Colorado with my fiancé and daughter, working toward my second degree as well as being a full-time health care worker and mom. My dad would be so proud to see the home and life I have

created outside of this tragic event, everything I did all the juggling of school, work, running the house, and my own life was for him. He raised me to never give up, always keep fighting, and never leave my family behind. From the year 2011 to now 2021 I have never given up hope for my dad and I will continue to stand behind him no matter where this rollercoaster we call life takes us. Joe Fernandez is an amazing dad, role model, husband, son, and friend and I hope soon my family can be whole again.

Sincerely,

Gabriella Nazar

Please feel free to contact me at 845 837 8402 or gabynazar16@yahoo.com

Hector Gomez,
1072 Palmer Avenue, Larchmont, NY, 10538

I've learned so much from this man.

I've known Joe Fernandez for my entire life.

We grew up in the same building from 1980-1989.

Joe has always had my back and I will always have his.

Joe helped me land my first job in the demolition world.

I learned what it is to work hard for your money from him during our demolition workdays.

Joe, taught me how to drive a car and a truck.

He is the type of guy that went straight home after work most nights.

Always there for me when I needed him.

Always there for me in ways I didn't know I needed when I was a teenager.

He taught me how to manage money, get to work on time and behave like a young and responsible adult at the workplace.

All I have are good memories with this man

Not a day we ever argued or disrespected one another.

Never seen him fight, always cool tempered, drives with no road rage.

I watched him be a dad and take his kids trick or treating fully dressed up or tubing down a hill when it snowed.

I watched him set up a trampoline in the backyard and admire his children jumping around.

He showed me how much he supported his marriage by being a stay at home dad while his wife went to Nursing School to better herself.

We would look at stars, how I remember the first time I asked him to look up at the sky with me and he got beach chairs. As soon as we sat back, we saw a shooting star, we got so hype and jumped around like we won a championship.

The only place my brother Joe needs to be is home with his wife and kids.

Overall, Joe Fernandez aka my brother is an amazing and loyal friend with a huge heart and nothing but love to spread around. He's instantly the life of the party and no, he can't dance at all but still dances with a huge smile as he's also the type that allows music to penetrate his soul. He is a dedicated father, husband, brother and all of this while mainly growing up without a dedicated father in his life.The last thing he ever wanted was for his kids, is to experience life without a father at home and this has really become his worst nightmare, not being able to be present for his children. Nothing makes Joe feel worse than only being available over the phone to console his children. Joe came to meet my son 1 week after being born. He's known as JSmooth in Canaan Federal Prison because he keeps to himself and just does his time without any issues and encourages all in his pod to do the same. He works everyday inside the prison and is allowed to roam through much of the building to perform his daily job related activities. He encourages others to workout together and pushes other inmates to the next level with his extreme workout routines.

Joe means the world to me and many others and not a day goes by that I don't think of him.

The hardest part about Joe's absence for me is difficult to put in words.

I'm not one of his kids, or even a blood related relative, but my love and respect for him is no different. Initially, I went to court on most dates he was scheduled and always had direct communications with his lawyers. I always asked questions and wanted to know the next steps. When his trial started, I took a bunch of PTO days and was present for most of the court proceedings. I have had difficulty watching shows with cops or drug activity, especially when they showed a courtroom. I have had difficulty watching any prison scenes or men wearing Orange jumpsuits. Some days, it would have flashbacks of the courtroom and the day he was sentenced, the screaming I heard from family crying, the faces of shock and disbelief, the pain I felt in my chest knowing without a doubt that my brother does not belong in prison.

His children and I hugged outside the courthouse while I tried to tell them everything will be ok. Hard for me is explaining to my son why I get so happy when Joe calls me.

The first 5 years were so hard for me to look at his kids in the eyes without wanting to cry my heart out that these children are missing one of the best dads I've ever seen in action.

Now, when I talk with one of his daughters on the phone, I feel good, but as soon as I hang up, I get sad knowing that Joe can't have an hour conversation with his kids unless they come to visit him. Hard, those late nights, usually when I would like to talk about any of my personal issues and he was a person I could call and ask for advice or just listened to what I needed to say. Sometimes, I have had to give him bad news about the outside world or, if I got an update from Pacer that is not in our favor, since I always see the updates before him.

It is difficult to write this letter on behalf of my brother without breaking down in tears because I miss him and never in a million years would I imagine Joe being put into this position.

Once Covid came to our world, all Joe could think about was coming home to take care and protect his family. No calls or communication for long periods of time, no visitation service, family texting each other asking if anyone has heard from Joe because they were not allowed out of their cell, no hot meals etc. And to think the world could be coming back to that same way of life, if this new variant continues on its current path adds concerns and weighs heavily on all of Joe's loved ones.

Some people come home from prison and return, but you will never see Joe back there. Joe would come home and spend time with his family and live happily ever after. Joe has always been a family man and I pray he gets a chance to live that life again. Above all else, If I had a wish, it's to see Joe Fernandez home with his family.

Kind Regards,
Hector Gomez
917-309-2786
hecg2727gmail.com

*Hector Gomez*
12-23-21

Joseph Fernandez
41 Kennedy Dr, Monroe,NY

Dear  Judge Hellerstein,

My named is Joseph I am 11 years old I go to Washingtonville middle school I have 3 sister Abby, Gaby, Bianca and my mom named Dalila. I am Joe Fernandez son and he has missed a lot of stuff while he was in jail. I have no memory of my dad being home. He missed a lot of vacations, holidays, and birthdays. I felt different and out of place when I went somewhere because everybody is with there dads. I wish that he has been there for me when I broke my arms, I got haircuts, and when I started playing basketball. I felt sad every time I visit him because he got stuck in there and he did not get to raise me. Plus I was the only boy and we did not get to do things together he can teach me how to play basketball he can sign me up for sports. My mom had to do it all alone and I wish he was here because at least he can finish raising me.

845-842-8436

JOSEPh
Fernandez

Kathleen Benjamin
30-11D Richman Plaza
Bronx, N.Y. 10453-6472
917-692-3793
krayjack@aol.com

To the Honorable Judge Hellerstein:

Your Honor, I am writing to petition the court on behalf of Mr. Joseph Fernandez, for Compassionate Early Release from Probation.   Mr. Fernandez has been a loving friend, son, and husband; but most importantly, a father.    His absence is strongly felt most particularly on his wife and children. During his incarceration, Mr. Fernandez' children have had to experience multiple pivotal moments without their father; with whom they love and adore.   But even in those difficult moments, they all continue to draw near to each other for love, and support.

As someone who is a close family friend for many years, I've watched how Mr. Fernandez' going away took a complete toll on him, and his family.   Mr. Fernandez is a kind, hardworking and loving patriarch, and now grandfather.   Before his incarceration, Mr. Fernandez never missed any major moments in his children's lives.   He and his wife worked tirelessly to move their family out of an impoverished neighborhood to a comfortable home, in hopes to give their children the life that

they could thrive comfortably in.    He is the type of person to show up to give a helping hand to whoever needs it.   He is also a noble person, that as I recall one day he saved my children and I when he smelled smoke coming from our home. He woke us up, because we were all asleep.   Mr. Fernandez is a genuinely good person who, like many of us, had mishaps.   To give him grace, is to give him a chance to come home and be the loving, doting husband, father, and grandfather that he has always been.   It is my hopes that this will give you a positive understanding of who Mr. Fernandez is to his friends and family.    His absence is strongly felt.   In lieu of the current status, and recent surge of Omicron, COVID-19 Variant; I pray and respectfully ask that you consider granting him the opportunity to be with his family.   Thank You very much for your time, and consideration to this matter.


Sincerely,

Kathleen Benjamin Larkins

Kevin Fernandez
144 70th street apt B2
Guttenberg NJ, 07093


December 22, 2021


To Whom It May Concern,


     My name is Kevin Fernandez and Joe Fernandez is my older brother.  I want to start by thanking you and expressing my appreciation for considering his compassionate release.  I've known Joe my whole life and life without him has been very difficult, traumatic and so depressing every single day that goes by.  Joe is the most amazing human being on this earth.  He is an amazing son, brother, grandson, father, husband the world has ever known.   During these difficult hard 10 years our family has suffered in ways unimaginable.  His wife and kids lost their family home, his youngest son is growing up without his father, and his daughters are left without the support that a father can only provide.  My nieces and nephew are lost without their father and that has broken me in ways that I find hard to explain.  Even though are bond is unbreakable, it is still such a traumatic ordeal not being able to reach out and call him during my darkest hour or have him a short drive away and that is the most heart-breaking thing our family have had to endure.

     Joe and I did not grow up with our father, so he was that father figure I needed growing up.  Joe was always there for me in good and bad times especially when I was dealing with my Chron's disease.  One of my fondest memories of my brother Joe was when he taught me how to drive stick shift for the first time.  I had just purchased my first car and he was determined to teach me how to drive it.  I also remember when Joe would dress up as Santa Claus for Christmas every year.  The kids and our family lived for those moments.  He would be the funniest and best Santa he could be and always made sure we had a smile in all our faces.  Moments like these are moments that I will forever cherish because these were bonding moments that I have missed so much and have a yearning to do again. I admire my brother so much because he is such a hard worker, always gets along with everyone no matter if you are a stranger, and everyone loves him for the person that he is.  He adores his family unconditionally and it breaks my heart that he is not able to see his kid's achievements with school, work, or life experiences that his kids are having.  Joe recently became a grandfather and that was one of the hardest moments for me and our family because he was not able to share this moment with us as a family.

     COVID-19 has changed our lives forever and I am so frightened for my brother.  COVID-19 has gotten so much worse, and we just want him home with us where I believe he will be safe.  This global pandemic has changed everything, and I can only imagine the challenges he is facing with this deadly virus while in prison.

     Thank you again from the bottom of my hear for considering compassionate release.  I believe and have faith that you will find it in your heart to release Joe Fernandez. Happy Holidays to you and your family and stay safe.

Warm Regards,

Kevin Fernandez
347-612-5847
Kelvinfernandez23@gmail.com

12/23/2021

Maximina Fernandez
7435 Apt #4, Boulevard East, North Bergen NJ, 07047

To whom it may concern,

      My name is Maximina Fernandez. I am the mother of Joe Fernandez. Joe has always been a respectful, generous son. He has always been a great and loving son to me. As he was growing up, he was always determined to help and provide for others. Growing without a father, Joe became a protective brother toward his siblings. Although as a mother, I did try my best to be the mother and father figure for them, it became challenging at points but I wouldn't have been able to do it without the help of Joe. My son has a big heart and he's very sincere. As a mother I can say, I am very proud of how much he has excelled in his life. He is a great husband and father and son to me. Before he was sentenced, I knew I could count on him for anything. He would always be there for my mother and I when needed. At any special gatherings my family had, my son was the first to grab me to the dance floor and dance with him. He made sure everyone was having a great time. He would dance with my mother, bringing the biggest smile to her face. It made everyone else want to join him and dance around. He is the type of person that makes you want to do better.

      When the pandemic started, my family and I had to face the struggles of him being in lockdown due to covid exposure on top of him obtaining the virus. This made it difficult because we couldn't visit or see him anymore without further dates. Being his mom, I became anxious for his health and safety. To later discover he did have Covid, but thank God he was able to defeat it. Joe is strong and I prayed that he would overcome the virus.

      I always cherished the moments I had whenever I visited him. No matter the circumstances, he just looked happy to see his family. He made sure I was doing okay, staying healthy and happy. Little moments like that remind me that my son is still the amazing, loving man I know. Given the hardships he as well as the rest of his family have had, he reminds us to keep going, keep staying strong for him.

      Holidays and birthdays have been a challenge for my family and I. On days like Thanksgiving we do an all-around prayer for him and it becomes emotional for all of us. He lost the chance to watch his beautiful kids grow up. He has missed birthdays, school graduations, his son's basketball games, holidays, etc.

I always taught him not to lose faith. These past ten years I have been holding so much strength inside me for him. For it to be a lifetime is something I don't like to remind myself of. I pray he gets his justice soon.

Sincerely,
Maximina Fernandez

Contact Information:
Email: maximina1954@gmail.com
Phone: 917-232-4712

12/23/21

Michael Caraballo

154 Fayette Avenue, Wayne NJ,07470

To whom it may concern,

My name is Michael Caraballo and Joe Fernandez is my brother in law. I have known him for over 30 years. But Joe has always been more than just a brother in law to me. He became someone I care for deeply. One of the many things I admire about him is how selfless and dedicated he is. He would always be there for my wife and for my daughters, including me. Moving into a new home with my family, there were a few things to be renovated and Joe was the first to come and be a handy help. He would always be there to fix a sink, or repair a floor, no matter what it was, he would be there to help. We suffered drastically through Hurricane Irene, losing all of our power. Joe, being a licensed electrician, was there to complete any electrical work around our home. Knowing Joe, he is someone who cares deeply for his family, and I am proud to call him my brother in law. The day he was sentenced to jail was heartbreaking for everyone. We all know he does not deserve to be there and watching him being taken away from the family was a struggle we all had to face. I remember watching his daughters cry endlessly, having my own little girls cry on my shoulder, questioning why him? At the time they were too young, they shouldn't have even had to go through something like this, watching their Uncle face life in prison. I had to be strong for them and remind them to have faith. He doesn't belong there. We became so close that he asked my wife and I to baptize his daughter, Abigail Fernandez. To be a part of his family has been the greatest blessing. COVID-19, has made this experience of not having him here with us so much harder. We are all going through this pandemic, and want to be home, safe with our families assured that we're all together. To not have Joe here with us, made the experience a lot more difficult. It became a major concern because we worried about his health, his safety, and fighting the virus overall. I thank God that fortunately he was able to overcome Covid.

All being said, I don't have to be related to him by blood to say that Joe isn't a bad person. Even for a stranger, Joe would share his kind soul to anyone. He just wanted everyone around him to be happy. Fortunately I did survive a massive heart attack, but suffering through this pain was one I'll never forget. But Joe was there for me, although sentenced, sending me positive messages. This just goes to show how no matter where he is, he will spread and share his positivity to keep his family, and everyone close to him, strong and hopeful. And that's what we did, and that's who we are. We are strong and hopeful because Joe keeps us strong and hopeful. I hope that soon I can hug my brother for life, and he can come home to our family.

Thank you,

Michael Caraballo

Contact Information:

Email: mikec56w45@aol.com

Phone: 917-407-4898

Samantha Caraballo
22 Sussex Street #305
Hackensack, NJ 07601
P: 973-380-9961 E: Samcaraballo@hotmail.com
December 23, 2021

To whom it may concern,

I am writing this letter regarding my beloved, and dearest Uncle – Joe Fernandez.

A little over 10 years ago, I was about sixteen years old, and my uncle Joe was taken away from

me and my family. Joe is someone I considered as a second father to me. He is smart,

knowledgeable, caring, dependable, loving, selfless, all the good things you can imagine in a

person. He was, and still to date always puts family first. Our family is very close. We get

together regularly and not just for holidays or birthdays or whenever there is a big special event

going on. When Joe was sentenced, the pain we experienced was almost as equivalent to

loosing someone to the cause of death.

*Dramatic* - some may say, but just the thought that we would no longer see him regularly, the

thought that we wouldn't be able to call him or talk to him freely, or whenever we wanted to,

and the thought of us simply no longer having his presence with us at all our gatherings really

just affected us in a way that is tragic, and heart breaking.  Joe is someone that was always

around, and always came through whenever or wherever he was needed.

My uncle, Joey, is a big part of my childhood memories. Almost every other weekend,

we would get together along with his daughters and go to the mall, to the movies, have sleep

overs, go to different amusement parks, etc. As I stated before, our family was together

regularly, and Joe was *always* there. One of my favorite memories with him as a child was for

Christmas. He would always dress up as Santa. He would do the whole routine - knock on our

door, come in a Santa suit, hand out presents, "Ho Ho Ho" It became a tradition, until 2011

when he got incarcerated. The holidays, especially Christmas, no longer felt the same. It

became, and still is the hardest holiday for all of us. He brought so much joy and so much life

when he was around, and no one could fill that void. Another very special memory to me with

my Uncle Joey, was the last year he was still out as a free man – My Sweet Sixteen. In our

culture, just as in most cultures, turning 16 is turning into a new chapter of life, becoming a

'woman'; it is a very important day, and I am so happy and blessed till this day that he was able

to be a part of this special event in my life. In weddings there is a 'bridal party', and for most

sweet sixteen's or Quinceanera's we have what's called a court. And you select the people you

want to be a part of your special day----My Uncle Joe was one of them for mine.  I will never

forget being home and taking pictures together as we got ready, heading over to the venue

together, preparing for our grand entrance; I remember being nervous knowing the spotlight

was going to be on me, and he reassured me that everything was going to turn out perfectly.

Still to this day, I look back at the pictures and the videos from that day and feel a mixture of

emotions as I re-live the happy moment in my head, but then come back to reality which is the

depressing realization that I don't know if I'll ever be able to experience a special moment like

that in my life again. Little did I know that day, would be the last birthday I got to spend with

him. There have been plenty of times where I've wished my uncle could've been there to watch

me accomplish big things, such as learning how to drive, getting my first car, graduating high

school, graduating college, moving into my very first apartment. I know 100% he would've been

there supporting me and standing proud.

These past couple of years have been extremely difficult and as mentioned prior, no one can fill his void. Every day, me and my family hope and pray that one day we will be able to reunite again and make new memories together that will last forever. We are a strong believer in God, and we ask every day to continue giving us the strength that we need to stay positive in this cruel world. We are so very lucky and blessed to have him in our lives as a son, brother, father, uncle, and friend, and we hope that one day, he will come home to all of us where he belongs, and that he gets the justice that he is deserving of.

Thank you for your time.

Samantha Caraballo

Vanessa Fernandez
144 70th street apt B2
Guttenberg NJ 07093


December 22, 2021


To Whom it May Concern,

 First and foremost, I want to take this time to thank you so much from the bottom of our hearts for considering the compassionate release to Joe Fernandez.  We have endured so much hardship and pain and it has been the hardest 10 years of our lives after we lost Joe that horrible day.  The thought that we will be reunited with our brother brings us hope, faith and joy to our family.  My name is Vanessa Fernandez, and I am married to Joe's younger brother.  I have known Joe for over 20 years, and I have to say that Joe is the most amazing, compassionate and hardworking man I know.  I have never met a man so dedicated to his family like Joe was and is.  He is an amazing husband, father, brother, son, grandson and provider.  Joey was a constant presence and the pillar of the family.  He held the whole family down in times of need.  Not only was Joe such an amazing human being, but he was also well loved in his community.  Our family lost a hero, and the hurt and loss has brought so much trauma to our family, especially his four kids and his wife, who lost everything including their family home shortly after he got convicted.  The most hurtful, heartbreaking and traumatic experience thing I have ever experienced and witnessed was watching his four kids cry uncontrollably and not being able to give them hope because life as they knew it will never be the same because their father was sentenced to life.


 I have so many amazing memories of Joe, but one of my favorite memories has to be on my wedding day.  Joe was our best man at our wedding, and he was so happy and so proud of his younger brother, that the joy and happiness radiated from his face.  Joe and I have a special dance that we would do at family functions and events with our family and on my wedding day in the middle of the dance floor, him and I started to battle one another with our dance moves.  It was one of the most amazing moments at our wedding.  Whenever we watch our wedding video it brings us back to that beautiful day and we can't help but laugh and cry because I have missed my dancing brother at our family events and functions.  He brought so much joy and fun to everyone and he was always the life of the party.  I pray and hope that he can come home under compassionate release, especially because of the health crisis that we are facing with right now with COVID – 19 and the crisis in the prison system with this horrible pandemic.  COVID-19 has gotten worse, and we are so afraid for Joe's safety and wish we can have him home with his family during these uncertain times.

Thank you for taking the time to read my letter and for considering his compassionate release.  I pray that you find it in your heart to release Joe Fernandez.  We need him more then ever.  Happy Holidays to you and your family and stay safe.

Best Regards,

Vanessa Fernandez
347-558-8900
Vaness.fernandez08@gmail.com