

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2022

**BY ECF and Fax**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
March 3, 2022

Re:   *United States v. Joe Fernandez,* **10 Cr. 863 (AKH)**

Dear Judge Hellerstein:

The Government respectfully submits this letter, with the consent of Benjamin Gruenstein, Esq., counsel to defendant Joe Fernandez, to request a continuance of the Government's deadline for filing a response to the defendant's supplemental motion for release pursuant to 18 U.S.C. § 3582(c). At present, the Government's response is due on March 7, 2022. Due to an upcoming trial, the Government requests, with defense counsel's consent, that the Government's response deadline be adjourned to April 11, 2022. Defendant's reply would be due ten days later on April 21, 2022.

The Government has not filed a previous request for a continuance of this deadline.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

cc: Benjamin Gruenstein, Esq. (by ECF and email)