# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1080

WRITER'S EMAIL ADDRESS
bgruenstein@cravath.com

April 19, 2022

Continuance Request in *United States v. Joe Fernandez,* No. 10 Cr. 863 (AKH)

Dear Judge Hellerstein:

      I respectfully write to request a one week extension of the briefing schedule, with the consent of the Government. This brief adjournment will allow me to consult with Mr. Fernandez, who is incarcerated, before filing a reply brief in support of his motion for compassionate release.

      Currently, the defendant's reply brief is due on April 21, 2022. Defendant proposes that his reply brief be submitted on April 28, 2022.

      This request is being made with the consent of Assistant United States Attorney Christopher Brumwell. Two requests for an adjournment were made by the defense in connection with the opening brief, and this is the first request in connection with this reply brief.

Respectfully submitted,

/s/ Benjamin Gruenstein

Chambers of the Hon. Alvin K. Hellerstein
   Daniel Patrick Moynihan United States Courthouse
     500 Pearl St.
       New York, NY 10007-1312

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
April 19, 2022