UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | No. 10 Cr. 863-5 (AKH) |
| v. | : | |
| JOE FERNANDEZ, | : | |
| Defendant. | : | |

----------------------------------------------------------x

# **DECLARATION OF BENJAMIN GRUENSTEIN IN SUPPORT OF REPLY BRIEF**

I, BENJAMIN GRUENSTEIN, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the law firm Cravath, Swaine & Moore LLP, which represents the defendant Joe Fernandez in this action. I respectfully submit this declaration to accompany Mr. Fernandez's reply brief in support of his motion for compassionate release.

2. Attached hereto as Exhibit A is a Release Plan outlining Joe Fernandez's anticipated future plans if he is released from custody.

3. Attached hereto as Exhibit B is a letter from David Woods, Jr. outlining a job opportunity for Mr. Fernandez to work as an HVAC apprentice.

\*       \*       \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2022.

/s/ Benjamin Gruenstein
Benjamin Gruenstein