# EXHIBIT A

## Exhibit A

## Joe Fernandez Release Plan

If released, Joe Fernandez will be supported by his wife, four children and his large network of extended family and friends.  Mr. Fernandez has maintained close contact with this community while incarcerated, and they will support his successful reentry as a contributing and productive member of society.

A.    **Family Support and Housing Plans**

Despite his incarceration, Mr. Fernandez's over 18-year marriage to Dalila Perez has remained strong, and he has continued to maintain close relationships with his four children.  Mr. Fernandez looks forward to returning to his family if he is released— particularly to his youngest child, 12-year old Joseph Anthony Fernandez.  Joseph was an infant when Mr. Fernandez was incarcerated, and Mr. Fernandez would be focused on being fully present in his young son's life.  Upon his release, Mr. Fernandez would live with his wife, son and nephew in Monroe, NY.

Dalila Perez has pledged to support Mr. Fernandez financially as he transitions back into society.  For over a decade, Ms. Perez has worked as a nurse.  She has lived in her current residence continuously for seven years.  Mr. Fernandez's three adult daughters have also committed to assisting their father in meeting any material needs that may emerge if he is released.

B.    **Employment Prospects and Plans**

Prior to his incarceration, Mr. Fernandez was a productive, family-oriented person who consistently maintained full time employment.  He received his GED from Bronx Community College and obtained a certificate in Asbestos Removal and certificates in Basic and Advanced Electricity from Orange-Ulster BOCES, a

1

regional public education organization that provides technical and adult educational programming.

As noted in the supplemental petition, Mr. Fernandez has a strong work history.  He has held full-time positions as a Limousine driver at All Points Limousine, an installer at Countryside Stoves and Fireplace, a manager at BJ's Wholesale Club, and a machine operator at Sorrento Lactalis, all while fulfilling his most important role as a father.  Even in the face of a life sentence, Mr. Fernandez has continued to improve his skills.  He has taken 18 courses on a variety of subjects ranging from Business Law to Plumbing, receiving certificates of completion for this coursework.  While incarcerated, Mr. Fernandez has worked as a lieutenant orderly, a trusted position that involves cleaning the offices and facilities used by the assistant warden and the lieutenant.

If he is released, Mr. Fernandez expects to build on this experience by enrolling in an HVAC training program.  He has researched programs and would like to enroll at Orange-Ulster BOCES, near his family's residence.  Mr. Fernandez hopes to start a career as an HVAC Technician in the near future.  He has secured a reference to a reputable HVAC firm, Tomco Mechanical, from his niece's husband, David Woods, Jr. *See* Letter from David Woods, Jr. to Hon. Alvin Hellerstein, Defendant's Exhibit B (April 14, 2022).

C.     **Community Involvement**

Prior to his incarceration, Mr. Fernandez attended Sacred Heart Church in Monroe, New York.  If released, he would be eager to return to the church as an active participant in worship and community service.

**CONCLUSION**

   Mr. Fernandez has an extremely strong support system that will ensure his emotional, social and material needs are met if he is released.  He respectfully asks for the Court's exercise of mercy so that he can return to being a productive member of society and rejoin his network of family and friends.