# EXHIBIT B

April 14, 2022

David Woods Jr

225 Phillipsburg road

Goshen, NY 1092

To Judge Hellerstein,

    My name is David Woods Jr, I am an HVAC installation foreman at Tomco Mechanical Union; Local 274, located at 125 State Street Westbury, NY 11590. As a foreman, I am responsible for ordering necessary materials, coordinating with other trades for job completion, managing workers to ensure work meets codes and regulations, per job specifications, to meet customer satisfaction.

    In HVAC field there is a high turnover, companies often invest money in training employees, and I have personally witnessed where after much time and training employees realize they are faced with job challenges that are too demanding, and they realize they cannot meet job requirements. Joe not only has the experience to meet the minimum requirements based on his work history as an apprentice, but also has the drive to meet and exceed expectations. As a foreman I can ensure the opportunity being offered to Joe Fernandez to enter the field as an apprentice.

    As an apprentice you receive competitive starting wages, medial benefits, and the opportunity to earn a place in the union and associated benefits.

Sincerely,

David Woods

Recoverable Signature

X David Woods

David Woods

(516)-310-5907

Signed by: 39ba6fb0-4bad-4a83-8664-16a97e0e9dd2