# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

———

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1080

WRITER'S EMAIL ADDRESS
BGruenstein@cravath.com

JOHN W. WHITE, EVAN R. CHESLER, STEPHEN L. GORDON, ROBERT H. BARON, CHRISTINE A. VARNEY, PETER T. BARBUR, MICHAEL S. GOLDMAN, RICHARD HALL, STEPHEN L. BURNS, KATHERINE B. FORREST, KEITH R. HUMMEL, DAVID J. KAPPOS, DANIEL SLIFKIN, ROBERT I. TOWNSEND, III, PHILIP J. BOECKMAN, RONALD E. CREAMER JR., WILLIAM V. FOGG, FAIZA J. SAEED, THOMAS E. DUNN, MARK I. GREENE, JENNIFER S. LEETE, DAVID R. MARRIOTT, MICHAEL A. PASKIN, ANDREW J. PITTS, MICHAEL T. REYNOLDS, ANTONY L. RYAN, GEORGE E. ZOBITZ, GEORGE A. STEPHANAKIS, GARY A. BORNSTEIN, TIMOTHY G. CAMERON, KARIN A. DEMASI, DAVID S. FINKELSTEIN, RACHEL G. SKAISTIS, PAUL H. ZUMBRO, ERIC W. HILFERS, GEORGE F. SCHOEN, CRAIG F. ARCELLA, LAUREN ANGELILLI, TATIANA LAPUSHCHIK, ALYSSA K. CAPLES, MINH VAN NGO, JELENA MCWILLIAMS, KEVIN J. ORSINI, MATTHEW MORREALE, JOHN D. BURETTA, J. WESLEY EARNHARDT, YONATAN EVEN, BENJAMIN GRUENSTEIN, JOSEPH D. ZAVAGLIA, STEPHEN M. KESSING, LAUREN A. MOSKOWITZ, DAVID J. PERKINS, J. LEONARD TETI, II, D. SCOTT BENNETT, TING S. CHEN, CHRISTOPHER K. FARGO, DAVID M. STUART, AARON M. GRUBER, O. KEITH HALLAM, III, OMID H. NASAB, DAMARIS HERNÁNDEZ, AMANDA HINES GOLD, JONATHAN J. KATZ, DAVID L. PORTILLA, ELAD L. ROISMAN, RORY A. LERARIS, MARGARET T. SEGALL, DANIEL K. ZACH, NICHOLAS A. DORSEY, ANDREW C. ELKEN, JENNIFER R. GRAFF, VANESSA A. LAVELY, G.J. LIGELIS JR., MICHAEL E. MARIANI, LAUREN R. KENNEDY, SASHA ROSENTHAL-LARREA, MICHAEL P. ADDIS, JUSTIN C. CLARKE, SHARONMOYEE GOSWAMI, C. DANIEL HAAREN, EVAN MEHRAN NORRIS, LAUREN M. ROSENBERG, MICHAEL L. ARNOLD, HEATHER A. BENJAMIN, MATTHEW J. BOBBY, DANIEL J. CERQUEIRA, ALEXANDRA C. DENNING, HELAM GEBREMARIAM, MATTHEW G. JONES, MATTHEW M. KELLY, DAVID H. KORN, BRITTANY L. SUKIENNIK, ANDREW M. WARK, ANDREW T. DAVIS, DOUGLAS DOLAN, SANJAY MURTI, BETHANY A. PFALZGRAF, MATTHEW L. PLOSZEK, ARVIND RAVICHANDRAN

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
CHRISTOPHER J. KELLY, KIMBERLEY S. DREXLER, LILLIAN S. GROSSBARD, KIMBERLY A. GROUSSET, ANDREI HARASYMIAK, JESSE M. WEISS, MICHAEL J. ZAKEN, BENJAMIN G. JOSELOFF, MEGAN Y. LEW

October 24, 2022

<u>United States v. Joe Fernandez</u>, No. 10 Cr. 863-5 (AKH)

Dear Judge Hellerstein:

    I am CJA counsel to Joe Fernandez in the above-captioned case. I have been advised that Andrew Connery, the Court's former Law Clerk, has joined my firm as an associate, and that, during his clerkship, Mr. Connery was involved in this case. I am providing this notification in accordance with applicable rules of professional conduct.

    Given Cravath's current representation of Mr. Fernandez and in accordance with the applicable rules of professional conduct, Cravath has established formal screening procedures between Mr. Connery and those attorneys and legal assistants at Cravath who are working on this case (the "Cravath Professional Staff"), pursuant to which: (i) Mr. Connery will not work on the case; (ii) Mr. Connery will not access, review or seek to obtain any Cravath files relating to the case and no member of the Cravath Professional Staff will share any Cravath files relating to the case with Mr. Connery; and (iii) Mr. Connery will not have any discussions or communications, or otherwise share any non-public or confidential information, relating to the case with any member of the Cravath Professional Staff, and no member of the Cravath Professional Staff will have any discussions or communications, or otherwise share any non-public or confidential information, relating to the case with Mr. Connery.

As this notice is being provided in accordance with the applicable rules of professional conduct, there is no action for the Court to take.

Respectfully,

Benjamin Gruenstein

The Honorable Alvin K. Hellerstein
   United States District Court for the Southern District of New York
      Daniel Patrick Moynihan, United States Courthouse
         500 Pearl Street
            New York, NY 10007-1312

VIA ELECTRONIC CASE FILING

Copies to:

Counsel of Record

VIA ELECTRONIC CASE FILING