

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

**BY ECF and Email**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States* v. *Joe Fernandez*, 10 Cr. 863 (AKH)

Dear Judge Hellerstein:

    On November 17, 2022, the Court issued an opinion and order granting the defendant's motion for compassionate release, which was originally filed on November 23, 2021. The Government seeks an immediate stay of that order, and accordingly an immediate stay of the defendant's release from custody, to allow the Government to review the decision and determine whether to seek an appeal.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

            By:  /s/ Christopher D. Brumwell
                    Christopher D. Brumwell
                    Assistant United States Attorney
                    (212) 637-2477

cc:    Benjamin Gruenstein, Esq. (by email)