UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :     **<u>ORDER REGULATING</u>**
                                                              :     **<u>PROCEEDINGS</u>**
          -against-                                           :
                                                              :
                                                              :     10 Cr. 863 (AKH)
JOE FERNANDEZ,                                                :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The Court has received Defendant Joe Fernandez's motion for compassionate release and supporting exhibits. *See* ECF Nos. 324-25. The motion to seal, ECF No. 323, is granted, since Defendant's papers include references to family members' medical and mental health information.

  The motion argues that Defendant's wife's medical conditions, the need for Defendant to serve as her caretaker, Defendant's self-improvement, conditions of confinement, and sentencing disparities constitute extraordinary and compelling reasons warranting a reduction of Defendant's sentence to time served. The Court requests, in support, to the extent available or feasible, (1) a medical opinion explaining the diseases described, including their significance and consequences, the need for Defendant's wife to refrain from working, and the need for Defendant to serve as her caretaker, and (2) a mental health professional's explanation of the psychological implications regarding Defendant's children. Upon receipt, a briefing order will issue.

The Clerk is respectfully directed to terminate ECF No. 323.

SO ORDERED.

Dated:       January 10, 2025                        _____/s/ Alvin K. Hellerstein_____
               New York, New York                   ALVIN K. HELLERSTEIN
                                          United States District Judge