# CRAVATH

Benjamin Gruenstein
bgruenstein@cravath.com
(212) 474-1080

January 14, 2025



**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Re:  *United States of America v. Joe Fernandez*, 10 Cr. 863-5 (AKH)

Dear Judge Hellerstein:

In response to the Court's January 10, 2025 Order requesting "a mental health professional's explanation of the psychological implications regarding Defendant's children" (Dkt. 326), I write on behalf of Defendant Joe Fernandez to respectfully request that the Court authorize the appointment of Alexander Sasha Bardey, MD, a forensic psychiatrist, and his support team at Fifth Avenue Forensics to perform an evaluation of the Defendant's children and prepare materials responsive to the Court's request in connection with Defendant's Motion for Compassionate Release.  The Government takes no position on the requested appointment.

Respectfully,

*/s/ Benjamin Gruenstein*
Benjamin Gruenstein

Cc:  Assistant U.S. Attorney Christopher Brumwell (by ECF)

SO ORDERED:

_____
Hon. Alvin K. Hellerstein

| NEW YORK | LONDON | WASHINGTON, D.C. | CRAVATH, SWAINE & MOORE LLP |
|---|---|---|---|
| Two Manhattan West | CityPoint | 1601 K Street NW | |
| 375 Ninth Avenue | One Ropemaker Street | Washington, D.C. 20006-1682 | |
| New York, NY 10001 | London EC2Y 9HR | T+1-202-869-7700 | |
| T+1-212-474-1000 | T+44-20-7453-1000 | F+1-202-869-7600 | |
| F+1-212-474-3700 | F+44-20-7860-1150 | | |