```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :   ORDER
                                                               :
        -against-                                              :
                                                               :   10 Cr. 863 (AKH)
                                                               :
JOE FERNANDEZ,                                                 :
                                                               :
                        Defendant.                             :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Government shall file its opposition brief to Fernandez's § 3582 petition by April 7, 2025.

    SO ORDERED.

Dated:    March 20, 2025                         ___/s/ Alvin K. Hellerstein_____
               New York, New York                  ALVIN K. HELLERSTEIN
                                                          United States District Judge