

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2025

**BY CM/ECF AND EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

So ordered.
4.8.25
/s/ Alvin K. Hellerstein

Re:   *United States v. Joe Fernandez*, 10 Cr. 863 (AKH)

Dear Judge Hellerstein:

      The Government respectfully requests permission to file under seal an unredacted version of the Government's Memorandum of Law in Opposition to Joe Fernandez's Motion for a Sentence Reduction. The Government seeks to seal the unredacted version of the Government's brief to protect the personal medical information of the defendant's spouse.

                                       Respectfully submitted,

                                       MATTHEW PODOLSKY
                                       Acting United States Attorney

                               By:   /s/ Dana R. McCann
                                  Dana R. McCann
                                  Assistant United States Attorney
                                  Southern District of New York
                                  (212) 637-2308

cc: Counsel for Defendant Joe Fernandez (by ECF)