# CRAVATH

Benjamin Gruenstein
bgruenstein@cravath.com
(212) 474-1000

        So ordered.
        **/s/ Alvin K. Hellerstein, U.S.D.J.**
        4/15/2025

April 14, 2025

**VIA ECF**

Re: *United States of America v. Joe Fernandez*, 10 Cr. 863-5 (AKH)

Dear Judge Hellerstein:

        Pursuant to Rule 4.B. of Your Honor's Individual Rules of Practice and applicable law, I write on behalf of Defendant Joe Fernandez to request permission to file certain portions of Defendant's Reply Brief In Support of Motion for Compassionate Release ("Reply Brief") under seal. Mr. Fernandez is seeking to seal portions of the Reply Brief because they contain personal medical information of the Defendant's spouse and children.

        Respectfully,

        *s/ Benjamin Gruenstein*
        Benjamin Gruenstein

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Cc: Assistant U.S. Attorney Dana McCann (by ECF)

**NEW YORK**  **LONDON**  **WASHINGTON, D.C.**  CRAVATH, SWAINE & MOORE LLP
Two Manhattan West  CityPoint  1601 K Street NW
375 Ninth Avenue  One Ropemaker Street  Washington, D.C. 20006-1682
New York, NY 10001  London EC2Y 9HR  T+1-202-869-7700
T+1-212-474-1000  T+44-20-7453-1000  F+1-202-869-7600
F+1-212-474-3700  F+44-20-7860-1150