UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOE FERNANDEZ,                                    :
                              Petitioner          :    **ORDER REGULATING**
                                                  :    **PROCEEDINGS**
          -against-                               :
                                                  :    20 Civ. 5539 (AKH)
                                                  :    10 Cr. 863 (AKH)
UNITED STATES OF AMERICA,                          :
                                                  :
                              Respondent.          :
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :
                                                  :
                                                  :
          -against-                               :
                                                  :
                                                  :
JOE FERNANDEZ,                                     :
                                                  :
                              Defendant.           :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Government shall respond to Defendant Joe Fernandez's letter of May 18,

2026, by June 2, 2026.  *See* 20 Civ. 5539, ECF No. 31; 10 Cr. 863, ECF No. 344.

          SO ORDERED.

Dated:      May 26, 2026                              _/s/ Alvin K. Hellerstein_
            New York, New York                        ALVIN K. HELLERSTEIN
                                                      United States District Judge

1