GRUENSTEIN LAW

565 Fifth Avenue
New York, NY 10017
bgruenstein@gruensteinlaw.com

Direct: (212) 379-4901
Office: (212) 379-4910
www.gruensteinlaw.com

July 17, 2026

**VIA ECF**
Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

SO ORDERED.

[signature]

U.S.D.J. 7/20/2026

**Re: *United States of America v. Joe Fernandez*, 10 Cr. 863-5 (AKH)**

Dear Judge Hellerstein:

Pursuant to Rule 4.B. of Your Honor's Individual Rules of Practice and applicable law, we write on behalf of Defendant Joe Fernandez to request permission to file certain documents or portions thereof under seal in connection with Defendant's Motion for Compassionate Release. Mr. Fernandez is seeking to seal portions of Defendant's Brief In Support of Motion for Compassionate Release and portions of Exhibits A, B, C, D, F, G, I, J, U, V, W, X, Y, and Z to the Declaration of Nikol A. Oydanich in Support of Defendant's Motion for Compassionate Release, because they contain personally identifying information of the Defendant's minor son and grandchildren, and/or personal medical information of the Defendant's spouse and children.

Respectfully,

[signature]

Benjamin Gruenstein

Cc: Assistant U.S. Attorney Dana McCann (by ECF)

SO ORDERED:

Hon. Alvin K. Hellerstein