UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

JOE FERNANDEZ,

Defendant.

---------------------------------------------------------------- x

**ORDER DENYING MOTION TO STAY**

10 Cr. 863 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Government moves to stay my order dated September 23, 2026, granting Defendant Joe Fernandez's motion for compassionate release and ordering his sentence reduced to time served, effective October 7, 2026. The Government seeks a stay until October 23, 2026, their deadline to file a notice of appeal. Mr. Fernandez opposes the motion. I deny the motion to stay. Mr. Fernandez poses no danger to the community, and the reasons for my grant of his sentence reduction favor his immediate release—namely that he is needed at home as a caregiver for his wife and son. Having been released and reincarcerated previously, Mr. Fernandez understands the risk that if the Government successfully undertakes an appeal that he may be reincarcerated. Mr. Fernandez cooperated with reincarceration previously, and I have no doubt he would again should it prove necessary. However, I also find that the Government cannot demonstrate a likelihood of success should it appeal my order.

Therefore, the motion to stay is denied, and Mr. Fernandez shall be released on October 7, 2026. The Clerk of Court shall terminate ECF No. 372.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge